# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KATHLEEN HOUSEMAN, derivatively on behalf of SKECHERS USA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT GREENBERG, MICHAEL GREENBERG, JOHN VANDEMORE, DAVID WEINBERG, JEFFREY GREENBERG, MORTON ERLICH, GEYER KOSINSKI, RICK RAPPAPORT, ROBERT SISKIND, and THOMAS WALSH,<br><br>    Defendants,<br><br>    -and-<br><br>SKECHERS USA, INC.,<br><br>    Nominal Defendant. | Case No.: 1:18-cv-01878-CFC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**PLEASE TAKE NOTICE** that plaintiff Kathleen Houseman ("Plaintiff"), derivatively on behalf of Skechers USA, Inc. ("Skechers"), hereby voluntarily dismisses, with prejudice as to herself, but without prejudice to other Skechers shareholders, all claims and causes of action against all defendants in this action, and with each side to bear its own costs in connection with the action. No defendant has filed or served an answer or responsive motion. Notice of the voluntary dismissal to shareholders (*see* Federal Rules of Civil Procedure Rule 23.1(c)) is not required here because: (i) there has been no settlement or compromise of the action; (ii) there has been no collusion among the parties; (iii) neither Plaintiff nor her counsel has received or will receive directly or indirectly any consideration from defendants for the dismissal; and (iv) the

dismissal is without prejudice to other Skechers shareholders, who remain free to pursue these claims in the same or a similar action in the future.

Dated: June 2, 2020                                       Respectfully Submitted,

**RIGRODSKY & LONG, P.A.**

*/s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone:  302-295-5310
Fax:  (302) 654-7530
Email:  BDL@rl-legal.com
            GMS@rl-legal.com

**OF COUNSEL**                                          *Counsel for Plaintiff*

**BRAGAR EAGEL & SQUIRE, P.C.**
Marion C. Passmore
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308- 5858
Fax:  (212) 214-0506
Email:  passmore@bespc.com
            fortunato@bespc.com

2